**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-00784-APG-VCF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants | |

On December 13, 2019, plaintiff Wells Fargo Bank, N.A. and defendant SFR Investments Pool 1, LLC advised the court they had reached a settlement and requested 90 days to file a stipulation of dismissal. ECF No. 24. More than 90 days have passed without a stipulation being filed.

I THEREFORE ORDER Wells Fargo and SFR to file a stipulation of dismissal or a status report by April 24, 2020.

DATED this 31st day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE