Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
         hcheong@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; LAMPLIGHT ESTATES @ CENTENNIAL SPRINGS HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00784-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), Defendant SFR Investments Pool 1, LLC, and Defendant Lamplight Estates @ Centennial Springs Homeowner's Association (collectively, the "Parties"), by and through their respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.

The $500.00 security posted by Plaintiff as required by this Court's order entered in this case on November 6, 2019 (ECF No. 22), and any accrued interest, shall be returned by the Clerk of the Court to "Wells Fargo Bank, N.A. c/o Snell & Wilmer, L.L.P.", 3833 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169 upon entry of the Order granting this stipulation.

/ / /

4832-4367-1730

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of April, 2020.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Kelly H. Dove, Esq.
    (Nevada Bar No. 10569)
    Holly E. Cheong, Esq.
    (Nevada Bar No. 11936)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED this 14th day of April, 2020.

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    (Nevada Bar No. 10580)
    Jacqueline A. Gilbert, Esq.
    (Nevada Bar No. 10593)
    Karen L. Hanks, Esq.
    (Nevada Bar No. 9578)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    Telephone: (702) 485-3300
    *Attorneys for Defendant/Counterclaimant SFR Investments Pool 1, LLC*

DATED this 14th day of April, 2020.

GORDON REES SCULLY MANSUKHANI

By: */s/ Wing Yan Wong*
    Wing Yan Wong, Esq.
    (Nevada Bar No. 13622)
    300 S. Fourth St., Suite 1550
    Las Vegas, Nevada 89101
    Telephone: (702) 577-9300
    *Attorneys for Defendant Lamplight Estates @ Centennial Springs Homeowner's Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/15/2020

4832-4367-1730